**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA   JAN 2 0 2006
SOUTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 1:06CR009-A |
| | ) | |
| v. | ) | [18 USC 922(g)(1) |
| | ) | 18 USC 922(j)] |
| | ) | |
| MICHAEL SHANE SIMMONS | ) | **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

On or about July 10, 2005, in Dale County, within the Middle District of Alabama, the defendant,

MICHAEL SHANE SIMMONS,

having been convicted on or about February 4, 2001, of a felony, namely, Burglary, Third Degree, (CC # 2002-00083), in the Circuit Court of Barbour County, and Unlawful Possession of a Controlled Substance (CC # 2004-0117), in the Circuit Court of Coffee County, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess in and affecting commerce a firearm, namely, a Smith and Wesson, .38 caliber revolver, Serial Number 566022, a better description of which is unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about July 10, 2005, in Dale County, within the Middle District of Alabama, the defendant,

MICHAEL SHANE SIMMONS,

did knowingly possess and pledge as security for a loan a stolen firearm, namely, a Smith and Wesson, .38 caliber revolver, Serial Number 566022, a better description of which is unknown to

the grand jury, which had been shipped and transported in interstate commerce, before and after it was stolen, knowing and having reasonable cause to believe the firearm to be stolen, in violation of Title 18, United States Code, Section 922(j).

A TRUE BILL:

*Jaynae D Gilbert*
Foreperson

*Leura G. Canary*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Todd A Brown*
Todd A. Brown
Assistant United States Attorney

2