AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

MICHAEL SHANE SIMMONS
18 River Road
Ariton, AL

**WARRANT FOR ARREST**

Case Number:   1:06cr09-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __MICHAEL SHANE SIMMONS__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

UNLAWFUL TRANSPORT OF FIREARMS (1 Count)
RECEIVE STOLEN FIREARMS (1 Count)

in violation of Title _____18_____ United States Code, Section(s) __922(g)(1); 922(j)__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

*/s/ Joyce Taylor*
Signature of Issuing Officer

January 23, 2006 - Montgomery, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |