UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO.   1:06-cr-09-WHA-SRW |
| ) | |
| MICHAEL SHANE SIMMONS ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc# 4 ), filed September 21, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections, Elmore Correctional Facility, Elmore, AL, commanding it to deliver MICHAEL SHANE SIMMONS to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this court at Montgomery, Alabama, on September 28, 2006, at 10:30am, and to return said prisoner to said official when the Court has finished with him.

Done, this 21st day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE