| COURTROOM DEPUTY MINUTES | DATE: 9/27/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:31 - 10:43 |

- √ **INITIAL APPEARANCE**
- ❒ **DETENTION HEARING**
- ❒ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ❒ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❒ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 1:06cr09-WHA          **DEFT. NAME:** Michael Shane Simmons

**USA:** Susan Redmond               **ATTY:** Samuel Walker

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:**

Defendant _____ does √ does NOT need an interpreter; NAME _____

---

- ❒ Kars.        Date of Arrest _____ or   ❒ karsr40
- √ kia.         Deft. First Appearance. Advised of rights/charges. ❒ Pro/Sup Rel Violator
- √ Finaff.      Financial Affidavit executed ❒ to be obtained by PTS;  √ **ORAL** Motion for Appt. Of Counsel.
- √ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ❒ 20appt.     Panel Attorney Appointed; ❒ to be appointed - prepare voucher
- ❒             Deft. Advises he will retain counsel. Has retained _____
- ❒             Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❒ To be followed by written motion;
- ❒             Government's **WRITTEN** Motion for Detention Hrg. filed.
- ❒             **DETENTION HRG** ❒ held; ❒ set for _____; ❒ **Prelim. Hrg** ❒ Set for _____
- ❒ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❒ kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- ❒ kocondrls.  Release order entered. ❒ Deft. advised of conditions of release.
- ❒ kbnd.       ❒ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
                ❒ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❒ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ❒ ko.         Deft. **ORDERED REMOVED** to originating district
- ❒ kwvprl.     Waiver of ❒ Preliminary hearing; ❒ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❒             Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.       **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
                √ Trial Term  10/30/06 or 11/27/06*; √ **PRETRIAL CONFERENCE DATE:** 10/13/06
                √ **DISCOVERY DISCLOSURES DATE**: 9/29/06
- ❒ Krmknn.     **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❒ krmvhrg.    Identity/Removal Hearing set for _____
- ❒ Kwvspt      **Waiver of Speedy Trial Act Rights Executed**.

*Defendant was not inclined to sign a speedy trial waiver