| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 12, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 3:16 - 3:18 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr09-WHA | **DEFENDANT(S)** Michael Shane Simmons |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown | * | Christine Freeman standing in for Donnie Bethel |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Likely plea - but no plea discussions at this point
   Notice of intent to change plea to be filed on or before noon on November 15, 2006

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**