IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 1:06-CR-09-WHA-SRW |
| MICHAEL SHANE SIMMONS ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 15), filed on November 7, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of MICHAEL SHANE SIMMONS to Special Agents Will Panoke and/or Ed Litaker, Bureau of Alcohol, Tobacco, Firearms and Explosives, on November 9, 2006, through February 28, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that  Special Agents Will Panoke and/or Ed Litaker shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done, this 8th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE