**COURTROOM DEPUTY'S MINUTES**   **DATE: November 13, 2006**

**MIDDLE DISTRICT OF ALABAMA**   **Digital Recording: 3:08 - 3:11**

**<u>PRETRIAL CONFERENCE</u>**

**PRESIDING MAG. JUDGE. Susan Russ Walker**  **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:1:06cr09-WHA**   **DEFENDANT(S) Michael Shane Simmons**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| Todd Brown | * | Donnie Bethel |
| | * | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
  **Completed**

❏ **PENDING MOTION STATUS:**
  **Defendant will be filing a motion to continue**

❏ **PLEA STATUS:**
  **Possible Plea**
  **Notice of intent to change plea to be filed on or before noon on November 15, 2006**

❏ **TRIAL STATUS**
  **Trial time 1 ½ days**

❏ **REMARKS:**