IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-cr-009-WHA |
| | ) | |
| **MICHAEL SHANE SIMMONS** | ) | |

**JOINT MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, **MICHAEL SHANE SIMMONS,** through undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the November Trial Term. In support of this:

1. Both the Defendant and the United States desire that the Court continue this case so that a mutually agreeable resolution of this case can be accomplished, and, in which case, the parties anticipate that no trial will be necessary.

2. The United States, through Assistant United States Attorney Todd Brown, joins in this motion.

3. A *Waiver of Speedy Trial*, pursuant to Title 18 United States Code §3161, will be filed with this Court as soon as possible.

4. The ends of justice will be served by the granting of a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 15TH day of November, 2006.

                                        Respectfully submitted,

                                        s/ Donnie W. Bethel
                                        DONNIE W. BETHEL
                                        Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail:don_bethel@fd.org
                                        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:06-cr-009-WHA** |
| ) | |
| **MICHAEL SHANE SIMMONS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49