**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-cr-009-WHA** |
| | ) | |
| **MICHAEL SHANE SIMMONS** | ) | |

**WAIVER OF SPEEDY TRIAL ACT**

    **I, MICHAEL SHANE SIMMONS,  the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq.  I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,**

    **WITH  FULL  KNOWLEDGE  OF  EACH  OF  THESE  RIGHTS,  I  HEREBY EXPRESSLY WAIVE SUCH RIGHTS.**

_____          _____

**DATE**                                                                           **DEFENDANT**

_____          _____

**DATE**                                                                           **ATTORNEY FOR DEFENDANT**

**MIDDLE DISTRICT OF ALABAMA
SOUTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-cr-009-WHA** |
| | ) | |
| **MICHAEL SHANE SIMMONS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006,  I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201,

Montgomery, Alabama  36104.

Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49