## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-cr-009-WHA |
| | ) | |
| MICHAEL SHANE SIMMONS | ) | |

### MOTION TO WITHDRAW AND FOR APPOINTMENT OF PANEL ATTORNEY

**COMES NOW** undersigned counsel and moves to withdraw as counsel for **MICHAEL SHANE SIMMONS** and for Appointment of CJA Panel Attorney John Poti on behalf of Defendant**.**   In support of this motion, undersigned counsel states:

1.      On September 27, 2006, the Federal Defender Office was appointed to represent Michael Shane Simmons with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel.

2.      On November 16, 2006, undersigned counsel discovered that a conflict exists between attorney and client which requires counsel to withdraw from further representation of Mr. Simmons.

3.      Undersigned counsel requests that on behalf of Mr. Simmons that CJA panel attorney John Poti be appointed to represent him in all further proceedings in this case.  Mr. Simmons will not be prejudiced by such a change in counsel at this time.

**WHEREFORE**, undersigned counsel respectfully asks that this Motion be granted.

Dated this 21st day of November, 2006.

Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
V.    )    **CASE NO: 1:06-cr-009-WHA**
    )
MICHAEL SHANE SIMMONS    )

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Todd A. Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49