IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 1:06cr009-WHA |
| MICHAEL SHANE SIMMONS | ) |

### ORDER

This case is before the court on the Joint Motion to Continue Trial (Doc. #18), filed on November 15, 2006. Both the United States and the Defendant have requested the continuance, and the Defendant has filed a Waiver of Speedy Trial. The court finds, for the reason that additional time is needed by both sides to reach an agreeable resolution of this case, that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing November 27, 1006, and is RESET for the term of court commencing January 8, 2007.

DONE this 21st day of November, 2006.

W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE