IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr009-WHA |
| | ) | |
| MICHAEL SHANE SIMMONS | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's attorney's motion to withdraw (Doc. # 21), filed November 21, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Accordingly, it is

ORDERED that CJA panel attorney John Poti be appointed to represent the defendant for all further proceedings. The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this 27th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE