IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          1:06cr09-WHA
                                  )
MICHAEL SHANE SIMMONS             )


## ORDER

Based upon this court's order setting the trial in the above-styled case for

January 8, 2007, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m.

on December 18, 2006 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and

United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 27th day of November, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE