**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 1:06cr009-WHA** |
| | ) | |
| **MICHAEL SHANE SIMMONS** | ) | |

### NOTICE OF APPEARANCE

COMES NOW, John M. Poti, attorney at law, and presents notice to this Honorable Court, that he has been appointed to represent Michael Shane Simmons in the above-styled case.

Respectfully submitted this 27th day of November 2006.

   s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Michael Shane Simmons
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd Brown, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   none   .

   s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Michael Shane Simmons
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com