| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** December 18, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:13 - 3:16 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 1:06cr09-WHA  **DEFENDANT(S)** Michael Shane Simmons

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown | * * * * * | John Poti |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   Mr. Poti will file motion to continue trial (scheduling conflicts - need more time)

☐ **PLEA STATUS:**
   Plea
   Notice of intent to change plea to be filed on or before noon on 12/27/06

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**