**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-0009-WHA |
| | ) | |
| **MICHAEL SHANE SIMMONS** | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the defendant, Michael Shane Simmons, by and through undersigned counsel and hereby files his unopposed motion to continue the trial of this matter currently scheduled for January 8, 2006. In support of this motion, Simmons states the following:

1. Simmons is charged in both counts of a two-count indictment predicated on violations of 18 U.S.C §§ 922(g)(1), for knowingly possessing in and affecting interstate commerce a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year under the law of the State of Alabama; with intent to distribute 100 kilograms of marijuana; and 18 U.S.C. § 922(j) for knowingly possessing and pledging as security a stolen firearm, which had been shipped and transported in interstate commerce, having reasonable cause to believe the firearm to be stolen.

2. Simmons was arraigned on September 27, 2006 and the matter was initially set for trial on November 27, 2006. Thereafter, the district court re-set the trial date for January 8, 2007, after Simmons original attorney in the matter discovered a conflict of interest. The Court has indicated that the last day to enter a notice of intent to change a plea, pursuant to Rule 11(c)(1)(A) or (C), is December 27, 2006.

3. Simmons has indicated his willingness to cooperate with the government and to enter a guilty plea in this case. Before a knowing and intelligent plea agreement can be reached, Simmons

intends to provide assistance with the hope of obtaining a motion for downward departure pursuant to USSG § 5K1.1.

    4.    Simmons has already proffered to the Government. Government counsel has indicated that they would like to interview Simmons again. However, there is insufficient time to set up a proffer and evaluate any benefit sufficient for a concrete plea agreement to be reached before the change of plea deadline, in part because of conflicting counsel schedules and the upcoming Christmas holiday, thereby diminishing further the time available to coordinate a proffer and plea negotiations.

    5.    Simmons requests to continue this matter to permit the parties to properly negotiate a plea agreement.

    6.    A Waiver of Speedy Trial will be filed contemporaneously with this motion.

    7.    Counsel for the government has been contacted concerning this motion and has no objections to a continuance. Neither party will be prejudiced by such a delay.

WHEREFORE, Mr. Simmons prays that this Court will grant his motion and continue this matter to a later trial date in order for a plea agreement to be worked out between the parties.

Respectfully submitted this 18th day of December 2006.

                                                  s/ John M. Poti  
                                                  **JOHN M. POTI (POT013)**  
                                                  Attorney for Michael Shane Simmons  
                                                  696 N. Silver Hills Drive, Suite 102  
                                                  Prattville, Alabama 36066-6184  
                                                  TEL: (334) 361-3535  
                                                  FAX: 1-866-780-9012  
                                                  Email: john@jmpoti.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd Brown, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   none  .

       s/ John M. Poti
**JOHN M. POTI  (POT013)**
Attorney for Michael Shane Simmons
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:   1-866-780-9012
Email: john@jmpoti.com