IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:06cr009-WHA |
| MICHAEL SHANE SIMMONS | ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #28), filed by the Defendant on December 18, 2006. The Government does not oppose the motion, and the Defendant has filed a Waiver of Speedy Trial.

The court finds, for the reason that additional time is needed for the Defendant and the Government to negotiate a plea agreement, that the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing January 8, 2007, to the term of court commencing February 5, 2007.

DONE this 19th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE