IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06cr009-WHA |
| | ) | |
| MICHAEL SHANE SIMMONS | ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for February 5, 2007, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m. on January 12, 2007 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for dispositive motions, which is not extended.**

DONE, this 20th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE