| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 12, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:00 - 3:04 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr09-WHA | **DEFENDANT(S)** Michael Shane Simmons |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown | * | John Poti |

☐ **DISCOVERY STATUS:**
   No problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Will plea - waiting on plea agreement early next week
   Notice of intent to change plea to be filed on or before noon on 1/24/07

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**