**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 1:06-cr-0009-WHA** |
| | ) | |
| **MICHAEL SHANE SIMMONS** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, by and through counsel and gives notice of his intent to change his plea to one of guilty and requests that a hearing be set for that purpose.

Respectfully submitted this 23rd day of   January   , 2007.


  s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Michael Shane Simmons
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 866-780-9012
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd Brown, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____ none ___.

_s/John M. Poti_____

**JOHN M. POTI  (POT013)**
Attorney for Michael Shane Simmons
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:   866-780-9012
Email: john@jmpoti.com