IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN  DIVISION

UNITED STATES OF AMERICA          )
                                                             )
v.                                                           )          1:06cr09-WHA
                                                             )
MICHAEL SHANE SIMMONS          )

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #22) filed on

January 23, 2007, it is hereby

ORDERED that the defendant, MICHAEL SHANE SIMMONS, appear with

counsel before the undersigned Magistrate Judge on January 26, 2007 at 9:00 a.m. in

Courtroom 5B,  Frank M. Johnson, Jr. Federal Building and United States Courthouse

Complex, One Church Street, Montgomery, Alabama,  to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding.  If the

defendant is in custody, the United States Marshal or the person having custody of the

defendant shall produce the defendant for this proceeding.

Done, this 24th day of January, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE