IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-0009-WHA |
| | ) | |
| MICHAEL SHANE SIMMONS | ) | |

## CONSENT

I, **Michael Shane Simmons**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will declare later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Respectfully submitted this 26th day of January, 2007.

_____
Defendant

_____
Attorney