| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 26, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 9:00 - 9:14 |
| | **COURT REPORTER:** Risa Entrekin |

☐ **ARRAIGNMENT**     √ **CHANGE OF PLEA**     ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**     ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:06cr09-WHA     **DEFENDANT NAME:** Michael Shane Simmons
**AUSA:** Todd Brown     **DEFENDANT ATTORNEY:** John Poti

Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

**Interpreter present?** ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     ☐ Not Guilty
         √ Guilty as to:
             √ Count(s): 1 of the Indictment
             √ Count(s):     2     ☐ dismissed on oral motion of USA
                     √ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment

☐ **CRIMINAL TERM:**          ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
     ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
     ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel