IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.    ) | CR. NO: 1:05-CR-0009-WHA |
| ) | |
| ) | |
| **MICHAEL SHANE SIMMONS** ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty to an indictment charging a violation of Title 18, United States Code, Section 922(g)(1), pursuant to a plea agreement. (See Doc. # 36).

2. As part of the plea agreement, Defendant agreed to cooperate with the Government in exchange for a minimum 3-level reduction in his sentencing guideline range. Defendant, pursuant to that agreement, provided substantial assistance which resulted in another defendant facing federal charges before this Court, pleading guilty, thus avoiding the need for a trial in that case. The United States prefers, based on the nature of the assistance provided by Defendant, to identify the person against whom Defendant cooperated, at sidebar at his sentencing hearing, rather than in this motion or in open court.

3. The assistance provided by Defendant is considered by the United States to be substantial, and the Government is satisfied that Defendant is entitled to be considered for a reduction of

sentence under § 5K1.1 U.S.S.G., and moves this Court to reduce the applicable offense level of Defendant by 3 levels.

 Respectfully submitted, this the 10$^h$ day of April, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Todd A. Brown
        TODD A. BROWN
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: todd.brown@usdoj.gov
        ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO: 1:06-CR-0009-WHA |
| | ) | |
| | ) | |
| **MICHAEL SHANE SIMMONS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Poti, Esq.

Respectfully submitted,

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T