Judgment in Criminal Case
— Imprisonment

DEFENDANT: MICHAEL SHANE SIMMONS
CASE NUMBER: 1:06cr009-WHA

Judgment — Page  2  of  6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**54 months.** This terms shall run **consecutively** to any term Defendant is now serving in state custody.

X  The court makes the following recommendations to the Bureau of Prisons:
The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  11/15/07  to  FCI EDGE
at  Edgefield S/C , with a certified copy of this judgment.

Delivered on 11/13/07 to USP ATL

John J. LaMarra Warden
UNITED STATES MARSHAL

RETURNED AND FILED  By _____
DEPUTY UNITED STATES MARSHAL

NOV 28 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA.